UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 25-CR-86 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **MYONG CHOL-MIN,** | : | |
| | : | |
| **KIM YONG-BOK,** | : | |
| | : | |
| **KIM CHOL-MIN,** | : | |
| also known as "Jack," | : | |
| | : | |
| **RI TONG-MIN,** | : | |
| also known as "Elvis," | : | |
| | : | |
| **RI WON-HO,** | : | |
| | : | |
| **KIM SE-UN, and** | : | |
| | : | |
| **SIM HYON-SOP,** | | |
| | | |
| **Defendants.** | | |

**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to issue and Order that the Indictment and the Arrest Warrants, that were previously placed under seal in the above-captioned case, be unsealed effective July 24, 2025, at 01:00 pm.  In support of its motion, the Government states as follows:

1. On March 27, 2025, upon consideration of a motion by the Government, the Court sealed the Indictment, any supporting documents and docket entries, and the Arrest Warrants in this case to further the legitimate prosecutorial interest of the Government to arrest the defendants

prior to any attempt on his part to flee should he become aware of the impending arrest and prevent the public disclosure of the Government's ongoing criminal investigation into his activities.

2.      United States law enforcement officials have determined that the continued sealing of these materials no longer serves the governmental interest in obtaining custody of the defendants.  Therefore, the basis that previously existed for the sealing of the Indictment and the Arrest Warrants no longer exists.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court now issue an Order unsealing the Indictment and the Arrest Warrants in this matter effective July 24, 2025, at 01:00 pm.  A proposed Order is submitted herewith.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Date: July 21, 2025

By: /s/ Karen P. W. Seifert
Karen P. W. Seifert
Assistant United States Attorney
N.Y. Bar No. 4742342
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20579
Telephone: (202) 252-7527
Email: karen.seifert@usdoj.gov